Name: Tamisha lewis-Junge
Mailing address: 3748 Aldren Circle
City, State, Zip: Anchorage AK 99517
Telephone: 907-695-0060

RECEIVED
SEP 09 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Nesbett Courthouse, Anchorage Police Department, U.S. Air Force,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tamisha lewis-Junge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage, AK 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Nesbett Courthouse__ is a citizen of
(name)
__Alaska__, and is employed as a __Anchorage Court System__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Anchorage Police Department__ is a citizen of
(name)
__Alaska__, and is employed as a __Alaska State Troopers__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __U.S. Air Force__ is a citizen of
(name)
__Alaska__, and is employed as a __Military Worker__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __NOV 2015__, my civil right to
_Have a fair Hearing with no technology_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _being held hostage by technology_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was kidnapped by someone hiding in my house using technology illeglly. To commit a crime on a national data base. I was arrested and could not have a fair hearing.

After they stayed stalking and harrassing me, with the same technology to claim Im the person commiting a crime because wants ransom and sex.

I did go to the courthouse to file lawsuits as being kidnapped at the courthouse and planned agaist by Team with technology.

They planned on a delusional police case and now I have a daughter that I cant even see or get court hearings for. So yes she was kidnapped by one with technology.

Claim 2: On or about __Nov 2015__ (Date), my civil right to __Have the law to investage without interference__ (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by __by being held hostage by police__ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I was kidnapped by someone using technology illeglly from the miltary base. He made up a delosional police case claiming, certain things were going to happen. Then lied and started to ask for money an sex, also to assult me it I didn't do what he and his team said.

They begged for ransom, raped, attacked, and held me 'hostage' with technology.

I did open lawsoites at the courthouse against what he is doing, but every time I leave so dose he and his team.

They claim meddeeouts weird things on a national data base for what ever reason for money, food, and to keep there jobs.

Claim 3: On or about ___Nov 2015___, my civil right to
(Date)
__Be involed in a police case with no werid intetions__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Being kidnapped by someone checking out technology__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was kidnapped by someone using technology illegally from the miltary base. This person has followed me around anchorage miltary base to harrass me outside the miltary base. with footage shines images in my eyes to showe me the past on where I have been and what lies he's told on the footage, plus more. Its not just alaska miltary base but others too.

He planned on a delusional police case to hold me hostage with technology. Then shows technology so people can think hes important harassinge me for money an sex

He dose claim delusional things with the technology and dose plan on delusional things with the technology.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha lewis-Junge

Defendant(s): Nesbett Courthouse

Name and location of court: Nesbett Courthouse Anchorage

Docket number: _____ Name of judge: _____

Approximate date case was filed: 2025 Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha lewis-Jonge

Defendant(s): U.S Air Force

Name and location of court: Nesbett Courthouse Anchorage

Docket number: _____ Name of judge: Ian Wheels

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ✓ Dismissed ___ Appealed ___ Still pending

Issues Raised: Ian is an OCS judge Dening national footage, and lying claim can dismiss U.S Air force lawsuits afterwards.

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 25,000,000

2. Punitive damages in the amount of $ 30,000,000

3. An order requiring defendant(s) to Admit cause and pay Tamisha Lewis-Jung

4. A declaration that N/A

5. Other: N/A

Plaintiff demands a trial by jury. ✓ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage AK on 9/9/2025
(Location) (Date)

_Tamisha Lew-Luye_
(Plaintiff's Original Signature)

_____   _____
Original Signature of Attorney (if any)   (Date)

_____
_____
_____
Attorney's Address and Telephone Number